JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHN LAWLER, | ) | CASE NO. 2:15-CV-04885-PA |
| Plaintiff, | ) | **ORDER OF DISMISSAL** |
| vs. | ) | |
| EDUCATIONAL CREDIT MANAGEMENT CORPORATION, | ) | |
| Defendant. | ) | |

Having considered the parties' Stipulation for Dismissal, the above-entitled action is hereby dismissed without prejudice. Each party shall bear its own costs and expenses.

IT IS SO ORDERED.

DATED: April 15, 2016

_____
UNITED STATES DISTRICT JUDGE